IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CLARENCE CLAY, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv854-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Respondent. | ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (Doc. No. 108) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 104) is adopted.

(3) The petitioner's motions for relief from judgment (Doc. Nos. 99 & 103) are denied to the extent petitioner contends he was entitled to an

    evidentiary hearing on his original § 2255 petition.

(4) The petitioner's motions for relief from judgment (doc. nos. 99 & 103) are dismissed for lack of jurisdiction in all other respects.

DONE, this the 5th day of May, 2011.

                      /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE